UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 31, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESEAN ALEXIS OLIPHANT<br><br>Defendant. | Case No. 2:24-cr-00238-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DESEAN ALEXIS OLIPHANT</u> Case No. <u>2:24-cr-00238-WBS</u> Charges <u>18 USC § 1028(a)(2)</u> from custody for the following reasons:

|   | | |
|---|---|---|
|  _____  | Release on Personal Recognizance | |
|  _____  | Bail Posted in the Sum of $ | _____ |
|   X    | Unsecured Appearance Bond $ | 2,000 co-signed by Cynthia Cropp Oliphant |
|  _____  | Appearance Bond with 10% Deposit | |
|  _____  | Appearance Bond with Surety | |
|  _____  | Corporate Surety Bail Bond | |
|   X    | (Other): <u>Defendant to be released to the custody of Cythina Cropp Oliphant.</u> | |

Issued at Sacramento, California on October 31, 2024 at 2:00 PM

By:  *Chi Soo Kim* (signature)

Magistrate Judge Chi Soo Kim