PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-238-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DESEAN ALEXIS OLIPHANT | DATE: December 9, 2024
TIME: 10:00 a.m.
COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 9, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **February 24, 2025 at 10:00 a.m.,** and to exclude time between December 9, 2024, and February 24, 2025 at 10:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced more than 6,900 pages of discovery consisting of investigative reports, financial documentation, phone extractions, photographs, and other documentary evidence. All of this discovery has been produced directly to counsel.

    b) Counsel for defendant Desean Alexis Oliphant desires additional time to review discovery, research the charges and potential defenses, conduct independent investigation, and consult with her client.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      c)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2024 to February 24, 2025 at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 3, 2024　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ JESSICA DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　JESSICA DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  December 3, 2024　　　　　　　　　　　　/s/ RACHELLE BARBOUR
　　　　　　　　　　　　　　　　　　　　　　　　　　RACHELLE BARBOUR
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　Desean Alexis Oliphant

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE