UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,
Plaintiff,
v.
DESEAN ALEXIS OLIPHANT,
Defendants.

No. 2:24-cr-238 WBS

ORDER RELATING CASES

UNITED STATES OF AMERICA,
Plaintiff,
v.
EDWIN LEON FOX,
Defendants.

No. 2:24-cr-239 DC

----oo0oo----

1           Examination of the above-entitled actions reveals that
2 they are related within the meaning of Local Rule 123(a), because
3 the cases involve the same witnesses, are based on the same or
4 similar facts, relate to the same investigation, and involve the
5 same property.  Accordingly, the assignment of the matters to the
6 same judge is likely to effect a substantial saving of judicial
7 effort and is also likely to be convenient for the parties.
8           The parties should be aware that relating the cases
9 under Local Rule 123 merely has the result that both actions are
10 assigned to the same judge; no consolidation of the actions is
11 effected.  Under the regular practice of this court, related
12 cases are generally assigned to the judge and magistrate judge to
13 whom the first filed action was assigned.
14          IT IS THEREFORE ORDERED that the actions denominated
15 United States v. Oliphant, 2:24-cr-238 WBS, and United States v.
16 Fox, 2:24-cr-239 DC, be, and the same hereby are, deemed related.
17 The case denominated United States v. Fox, 2:24-cr-239 DC, shall
18 be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set
19 in the reassigned case only are hereby VACATED.  Henceforth, the
20 captions on documents filed in the reassigned case shall be shown
21 as United States v. Fox, 2:24-cr-239 WBS.
22          IT IS FURTHER ORDERED that the Clerk of the Court make
23 an appropriate adjustment in the assignment of cases to
24 compensate for this reassignment.
25 Dated:  December 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE