HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DESEAN ALEXIS OLIPHANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DESEAN ALEXIS OLIPHANT, <br><br> Defendant. | Case No:  2:24-CR-0238-WBS <br><br> STIPULATION AND [proposed] ORDER MODIFY PRETRIAL CONDITION <br><br> Duty Magistrate Judge Hon. Sean C. Riordan |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JESSICA DELANEY, Assistant United States Attorney, attorney for the UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant DESEAN ALEXIS OLIPHANT, that the following modification be entered by the Court to Ms. Oliphant's pretrial release conditions.  Pretrial Services has requested this modification and has approved this stipulation.  Pretrial Services has supervised Ms. Oliphant since October 31, 2024.  Ms. Oliphant is currently participating in MRT classes, the Better Choices Court Program, drug testing, and outpatient substance abuse and mental health treatment.

Condition 18 currently reads: "You must resolve all outstanding warrants within 90 days of your release from custody." Defense counsel and Ms. Oliphant have tried their best to have the out-of-state outstanding warrants addressed; however, they have been unable to make progress and attempts to obtain assistance with these matters have been unsuccessful.  Pretrial Services recommends that the condition be amended to:

18. You must resolve all outstanding warrants during your period of supervision if possible.

Ms. Oliphant's surety has approved this modification as set forth below.

Date: August 6, 2025

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        DESEAN ALEXIS OLIPHANT

Date: August 6, 2025        ERIC GRANT
        United States Attorney

        /s/ Jessica Delaney
        JESSICA DELANEY
        Assistant U.S. Attorney
        Attorney for the United States

I agree with this modification.

Dated: August 6, 2025

        /s/ Cynthia Oliphant
        _____
        Cynthia Oliphant, Surety

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order and modifies condition 18 as set forth above.

DATED: August 13, 2025

        _____
        SEAN C. RIORDAN
        UNITED STATES MAGISTRATE JUDGE