HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DESEAN ALEXIS OLIPHANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:24-CR-0238-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE AND PSR DATES |
| DESEAN ALEXIS OLIPHANT, | Judge: Hon. William B. Shubb |
| Defendant. | New Date: December 1, 2025 |
| | Time: 10:00 a.m. |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, JESSICA DELANEY, Assistant United States Attorney, attorney for the UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant DESEAN ALEXIS OLIPHANT, that the date for sentencing and the PSR schedule be continued as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | December 1, 2025 at 10:00 a.m. |
| Reply or Statement: | November 24, 2025 |
| Motion for Correction of PSR: | November 17, 2025 |
| Final PSR: | November 10, 2025 |
| Informal Objections: | November 3, 2025 |
| Draft PSR: | October 27, 2025 |

//

//

The parties have consulted with the Probation Officer regarding this schedule, and he has confirmed his agreement.

Date: September 16, 2025

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Rachelle Barbour
                                      RACHELLE BARBOUR
                                      Attorney for Defendant
                                      DESEAN ALEXIS OLIPHANT

Date:  September 16, 2025              ERIC GRANT
                                      United States Attorney

                                      /s/ Jessica Delaney
                                      JESSICA DELANEY
                                      Assistant U.S. Attorney
                                      Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order.

Dated:  September 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE