HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DESEAN ALEXIS OLIPHANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  2:24-CR-0238-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE AND PSR DATES |
| DESEAN ALEXIS OLIPHANT, | Judge: Hon. William B. Shubb |
| Defendant. | New Date: December 8, 2025 |
| | Time:  10:00 a.m. |

IT IS HEREBY STIPULATED and requested by and between the parties through their

respective counsel, JESSICA DELANEY, Assistant United States Attorney, attorney for the

UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant DESEAN ALEXIS

OLIPHANT, that the date for sentencing and the PSR schedule be continued as follows:

Judgment and Sentencing Date:          **December 8, 2025 at 10:00 a.m.**

Reply or Statement:                              December 1, 2025

Motion for Correction of PSR:             November 24, 2025

Final PSR:                                             November 17, 2025

Informal Objections:                             November 10, 2025

//

//

The parties have consulted with the Probation Officer regarding this schedule, and he has

confirmed his agreement.

Date: November 3, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
DESEAN ALEXIS OLIPHANT

Date:  November 3, 2025

ERIC GRANT
United States Attorney

/s/ Jessica Delaney
JESSICA DELANEY
Assistant U.S. Attorney
Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, adopts the parties'
stipulation in its entirety as its order.

Dated:  November 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE